| | | | |
|---|---|---|---|
| | AUSA:  Philip Jacques | | Telephone: (313) 226-9100 |
| AO 91 (Rev. 11/11)  Criminal Complaint | Special Agent:  Miguel A. Colon, DOL-OIG | | Telephone:  (313) 965-2323 |

# UNITED STATES DISTRICT COURT

### for the

## Eastern District of Michigan

United States of America

   v.

Patrick Pugh

Case No.  25-30171
                USA v. Sealed Matter

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of April 21, 2020 through September 18, 2020 in the county of _____Wayne_____ in the _____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343 | Wire Fraud |
| 18 U.S.C. 1028A | Aggravated Identity Theft |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Miguel A. Colon, Special Agent, DOL-OIG
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date:  March 21, 2025

City and state:  Detroit, MI

_____
*Judge's signature*

Hon. Anthony P. Patti, United States Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**AFFIDAVIT IN SUPPORT OF A COMPLAINT**

I, Miguel A. Colon, being first duly sworn, hereby depose and state as

follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I am a Special Agent of the U.S. Department of Labor, Office of

Inspector General, Office of Investigations - Labor Racketeering and Fraud

("DOL-OIG/OI-LRF") and have been since December 2017. I am currently

assigned to the Federal Bureau of Investigation ("FBI") Violent Gang Task Force

("VGTF") and the Bureau of Alcohol, Tobacco, Firearms and Explosives' (ATF)

Gun Violence Task Force where I participate in investigations of violent offenders

and street gangs committing various violations of federal law, including weapons

and narcotics trafficking, violent crimes, and fraud. Prior to my current assignment,

I was assigned to the Homeland Security Investigations' Document and Benefit

Fraud Task Force, where I investigated criminal activity including, but not limited

to, identity theft, money laundering, visa fraud and other financial fraud. I have

conducted numerous investigations involving identity theft, labor, financial and

unemployment insurance fraud schemes. In addition to my experience, I have also

received significant law enforcement training, including graduating from the

Criminal Investigator Training Program at the Federal Law Enforcement Training Center.

2.      As a Special Agent, I have conducted numerous investigations into criminal violations of both Title 29 and Title 18 of the United States Code. During this time, I have been either the lead agent or supporting agent on several investigations involving criminal schemes targeting the unemployment insurance ("UI") program through the filing of false or fictitious UI claims. Based on my direct personal experience with these cases, I have become familiar with the methods that criminals use to attack and exploit the UI systems as well as the criminals' reliance on the use of email and other internet or online tools and systems to facilitate that fraud.

3.      Probable cause exists that Patrick PUGH (DOB: XX-XX-1998) has engaged in an unemployment insurance fraud scheme and has committed wire fraud (18 U.S.C. § 1343) and aggravated identity theft (18 U.S.C. § 1028A). His scheme involved the filing of fraudulent UI claims through the internet, with some of those claims using misappropriated personal identifying information ("PII") of real persons, and having fraudulently obtained funds deposited into accounts in his control. PUGH also fraudulently obtained UI funds using UI debit cards that were sent through the mail to residences in the Eastern District of Michigan.

4.     I make this affidavit based upon personal involvement in the subject criminal investigation, including review of: financial, employment, internet service provider, utility and property records; records from relevant state agencies regarding UI claims; and information provided by Bank of America's Global Fraud Investigations' unit. I have also been provided with information from other law enforcement agents and officials, including agents and officials from the ATF, Detroit Police Department and various State Workforce Agencies. This affidavit does not contain all the facts developed to date in the underlying investigation and is being submitted for the limited purpose of establishing probable cause to secure a criminal complaint and arrest warrant.

## BACKGROUND ON UNEMPLOYMENT INSURANCE

5.     The Social Security Act of 1935 initiated the federal and state Unemployment Insurance system. The system provides benefits to individuals who are unemployed for reasons beyond their control. The purpose of the Unemployment Insurance system is twofold: first, to lessen the effects of unemployment through cash payments made directly to laid-off workers, and second, to ensure that life necessities are met on a weekly basis while the worker seeks employment. The U.S. Department of Labor funds many Unemployment Insurance Agency administrative costs, including salaries, office expenses, and computer equipment. The various state unemployment insurance agencies

responsible for administering the UI programs are commonly referred to as State Workforce Agencies ("SWA").

6.      State unemployment systems and benefits are joint state and federal enterprises largely financed by taxes on private employers located in that state. In 2020 and 2021, the federal government provided significant supplemental benefits to the states as a result of the COVID-19 pandemic. Beginning in or about March 2020 and continuing through September 4, 2021, the Families First Coronavirus Response Act; Coronavirus Aid, Relief, and Economic Security Act; and the American Rescue Plan Act of 2021 created federal programs that allowed for the significant outlay of federal funds flowing to and through the states to offset the historic need for unemployment benefits by the American workforce. Collectively, these benefits are often referred to as Pandemic Unemployment Assistance ("PUA").

7.      Normally (in the absence of fraud), an unemployed worker initiates an Unemployment Insurance claim. This can be accomplished by submitting a claim in person, over the telephone, or via the Internet. Currently, most Unemployment Insurance claims are filed online via the Internet through the states' UI portal. When a claimant using an internet protocol ("IP") address registered in Michigan files a claim with an out-of-state UI agency, the servers used to process those claims are located outside the state of Michigan. For

example, an Arizona or California UI claim filed from an IP address registered to a Michigan residence will be processed through a server located outside of the state of Michigan.

8.     To be eligible for Unemployment Insurance benefits, the worker must demonstrate a certain level of earnings in several quarters immediately preceding the application. The amount of benefits that an Unemployment Insurance claimant might be eligible for depends on a variety of factors, including but not limited to the length of his or her previous employment and the amount of wages he or she earned.

9.     The State Workforce Agency will either approve or reject an Unemployment Insurance claim based on the application made by the unemployed worker. If the respective SWA approves an Unemployment Insurance claim, the claimant is required to re-certify the claim via telephone or Internet at various times during the life of the claim. The worker must also certify that he or she is still unemployed and actively seeking work. One way in which unemployment benefits are provided to a claimant is with a UI debit card, issued by the financial institution contracted by the respective state, which is mailed to the claimant through the U.S. Postal Service.

10.     Alternatively, a claimant can provide the state Unemployment Insurance Agency with a bank routing number and bank account number so his or

her Unemployment Insurance benefits can be transferred via electronic funds transfers ("EFTs") into his or her bank account. All EFTs of Unemployment Insurance benefits to Unemployment Insurance claimants involve the transmission of electronic signals through the various SWA and financial institution data servers. For example, all EFTs of Unemployment Insurance benefits to Michigan, California or Arizona Unemployment Insurance claimants, whether via a Bank of America (BOA)-provided debit card or via a claimant-provided bank account, involve the transmission of electronic signals through one of BOA's two data centers, which are located in Virginia and Colorado, and from those data centers to banks and/or ATMs located, for example, in Michigan. In addition, any other state that disperses Unemployment Insurance benefits using BOA prepaid debit cards, including Arizona and California, also involved the transmission of electronic signals through the aforementioned BOA data centers. These are interstate wire communications.

## **PROBABLE CAUSE**

11.    The United States Attorney's Office (USAO), ATF and Department of Labor – Office of Inspector General have been investigating criminal activity conducted by PUGH. During the investigation, I determined that PUGH was associated with at least 36 fraudulent UI claims between April 21, 2020, and September 18, 2020, in 6 different states based, in part, on claims filed using

PUGH's residential address, a phone number associated with PUGH, repeated IP addresses and similarities in claim information. To date, PUGH is associated with over $254,130 in UI benefits fraud.

UI Claims Associated with PUGH

12.     On April 27, 2020, a Michigan UI claim was filed in the name, SSN and DOB of Patrick PUGH. The phone number listed on the claim was 313-XXX-0021. The bank account listed on the claim for the disbursement of UI claims was Bank of America checking account ending in 4903.

13.     Records provided by Bank of America, which I have reviewed, revealed the account holder listed on account ending in 4903 is Patrick PUGH. The records indicate the account ending in 4903 is a personal checking account and the phone number listed on the account is 313-XXX-0021.

14.     Law enforcement records also reveal that phone number 313-XXX-0021 is associated with PUGH. Specifically, a May 29, 2024, State of Michigan Order of Probation report lists PUGH's phone number as 313-XXX-0021.

UI Claim in M.T.'s Name

15.     On June 15, 2020, an Arizona UI claim was filed in the name of M.T., a real person whose identity is known to agents but withheld for privacy. The phone number listed on the claim is 313-XXX-0031, just one number different from phone number 313-XXX-0021 associated with PUGH. The IP address

7

registered on the claim is IP 73.145.253.200 (hereinafter "IP 200"). The address listed on the claim for the mailing of a BOA UI debit card is 80XX Brace St., Detroit, MI.

16.     An open source database search of IP 200 revealed that it is registered to Comcast Communications. In addition, the geolocation data revealed it is associated with the Detroit area. In my training and experience in other fraud investigations, IP 200 is likely a unique address for a specific Comcast Cable Internet customer residence.

17.     On or around June 15, 2020, USPS mailed a BOA UI debit card ending 5081 in M.T.'s name to 80XX Brace St., Detroit, MI. On June 16, 2020, $8,121 was deposited into the debit account, established by the Arizona Department of Economic Security, in M.T.'s name.

18.     BOA provided agents with account transaction information pertaining to the UI debit card ending in 5081 in M.T.'s name. Records revealed various transactions in the Eastern District of Michigan. In addition, the records revealed a $1,000 ATM withdrawal on June 26, 2020, at a BOA ATM located on 3670 Woodward Ave., Detroit, MI, with ATM Terminal ID of IMID7372, with a time stamp of 1:18 AM. Records provided by BOA records also revealed that on June 26, 2020, a $1,000 ATM withdrawal at the same ATM with Terminal ID of IMID7372, at 1:20 AM from PUGH's personal checking account ending in 4903, referenced

above, indicating the same person likely conducted the ATM withdrawals from M.T.'s UI debit card and PUGHs checking account ending in 4903.

19. As referenced above, the phone number listed on M.T.'s Arizona UI claim is 313-XXX-0031. BOA records revealed that phone number 313-XXX-0021, the phone number associated with PUGH, placed four separate calls to BOA in reference to the BOA Arizona UI account established in M.T.'s name.

20. <u>Claim information provided by the Arizona DES revealed that M.T.'s claim was flagged for fraud due to no employment history in Arizona.</u>

21. On July 31, 2020, a second UI claim was filed in the name, SSN and DOB of M.T., in the State of California. The phone number registered on the claim was 313-XXX-0021, the same number associated with PUGH. The IP address registered on the claim is IP 99.186.86.236 (hereinafter "IP 236"). The address listed on the claim is 96XX Memorial St., Detroit, MI.

22. A law enforcement database revealed 96XX Memorial St., Detroit, MI., is the address listed on PUGH's Michigan driver's license.

23. An open-source database search of IP 236 revealed that it is registered to AT&T Internet Services. In addition, the geolocation data revealed it is associated with the Detroit area. In my training and experience in other fraud investigations, IP 236 is likely a unique address for a specific AT&T Internet customer residence.

UI Claim in E.C.'s Name

24.     On July 16, 2020, a California UI claim was filed in the name, SSN and DOB of E.C., a real person. The phone number listed on the claim is 313-XXX-0021, the same number listed on PUGH's April 27 Michigan UI claim and associated with PUGH. The address listed on the claim for the mailing of a BOA UI debit card is 96XX Memorial St., Detroit, MI, the same address listed on PUGH's Michigan driver's license.

25.     On or about July 19, 2020, USPS mailed a BOA UI debit card ending in 3354 in E.C.'s name to 96XX Memorial St., Detroit, MI. On June 16, 2020, $13,472 was deposited into the debit account, established by the California Employment Development Department, in E.C.'s name.

26.     BOA provided agents with account transaction information pertaining to the UI debit card ending in 3354 in E.C.'s name. Records reveal various transactions in the Eastern District of Michigan. In addition, BOA records indicate a funds transfer to an external BOA account in the amount of $5,000. The records show that $5,000 were transferred to PUGH's personal BOA checking account ending in 4903, referenced above.

27.     Records provided BOA revealed that phone number 313-XXX-0021, the phone number associated with PUGH, placed four separate calls to BOA in reference to the BOA California UI account established in E.C.'s name.

28.     On January 8, 2025, I interviewed E.C., who stated s/he was a victim of identity theft. E.C. stated s/he did not file a UI claim in California, had not received any UI benefits, and did not give permission to anyone to file a UI claim on his/her behalf.

29.     Probable cause exists that PUGH committed wire fraud and aggravated identity theft in connection with the fraudulent UI claim filed in E.C.'s name, and his fraudulent use of a UI debit card in E.C.'s name (that was sent through the mail). The filing of the claim involved an interstate wire transmission as it was filed via the internet with the California Employment Development Department, an agency located outside of Michigan. A UI debit card for that fraudulent claim was then mailed, via the USPS, to an address in the Eastern District of Michigan, which PUGH used in the Eastern District of Michigan, which in turn involved interstate wire transmissions with BOA servers located in Virginia or Colorado.

UI Claim in C.D.'s Name

30.     On July 24, 2020, a California UI claim was filed in the name, SSN and DOB of C.D, a real person. The phone number listed on the claim is 313-XXX-0021, the same number listed on PUGH's April 27 Michigan UI claim and associated with PUGH. The IP address registered on the claim is IP 236, the same IP registered on M.T.'s California UI claim.

31.     On January 24, 2025, I interviewed C.D., who stated s/he was a victim of identity theft. C.D. stated s/he did not file a UI claim in California, had not received any UI benefits, and did not give permission to anyone to file a UI claim on his/her behalf.

32.     Probable cause exists that PUGH committed wire fraud and aggravated identity theft in connection with the fraudulent UI claim filed in C.D.'s name, and his fraudulent use of a UI debit card in C.D.'s name (that was sent through the mail). The filing of the claim involved an interstate wire transmission as it was filed via the internet with the California Employment Development Department, an agency located outside of Michigan.

UI Claim in C.H.'s Name

33.     On June 15, 2020, an Arizona UI claim was filed in the name, SSN and DOB of C.H., a real person. The IP address registered on the claim is IP 200. The address listed on the claim is 80XX Brace St., Detroit, MI, the same address listed on M.T.'s Arizona UI claim, referenced above.

34.     Claim information provided by the Arizona DES revealed that C.H.'s claim was flagged for fraud due to no employment history in Arizona.

35.     On July 31, 2020, a California UI claim was filed in the name, SSN and DOB of C.H. The phone number listed on the claim is 313-XXX-0021, the same number listed on PUGH's April 27 Michigan UI claim and associated with

PUGH. The IP address registered on the claim is IP 236. The address listed on the claim for the mailing of a BOA UI debit card is 96XX Memorial St., Detroit, MI, the same address listed on PUGH's Michigan driver's license.

36.    On January 27, 2025, I interviewed C.H., who stated s/he is a victim of identity theft. C.H. stated s/he did not file a UI claim in California or Arizona, had not received any UI benefits, and did not give permission to anyone to file a UI claim on his/her behalf.

37.    Probable cause exists that PUGH committed wire fraud and aggravated identity theft in connection with the fraudulent UI claim filed in C.D.'s name, and his fraudulent use of a UI debit card in C.D.'s name (that was sent through the mail). The filing of the claim involved an interstate wire transmission as it was filed via the internet with the California Employment Development Department, an agency located outside of Michigan.

UI Claim in H.A.'s Name

38.    On August 15, 2020, a California UI claim was filed in the name, SSN and DOB of H.A., a real person. The phone number listed on the claim is 313-XXX-0021, the same number listed on PUGH's April 27 Michigan UI claim and associated with PUGH. The IP address registered on the claim is IP 73.144.55.166 (hereinafter "IP 166"). The address listed on the claim for the mailing of a BOA UI

debit card is 96XX Memorial St., Detroit, MI, the same address listed on PUGH's Michigan driver's license.

39.     An open-source database search of IP 166 revealed that it is registered to Comcast Communications. In addition, the geolocation data revealed it is associated with the Detroit area. In my training and experience in other fraud investigations, IP 166 is likely a unique address for a specific Comcast Cable Internet customer residence.

40.     Records provided by BOA reveal that phone number 313-XXX-0021, the phone number associated with PUGH, placed four separate calls to BOA in reference to the BOA California UI account established in H.A.'s name.

41.     On or about August 20, 2020, USPS mailed a BOA UI debit card ending 0664 in H.A.'s name to 96XX Memorial St., Detroit, MI, the address listed on PUGH's Michigan driver's license. Between August 20, 2020 and September 18, 2020, $22,440 was deposited into the debit account, established by the California Employment Development Department, in H.A.'s name.

42.     BOA provided agents with account transaction information pertaining to the UI debit card ending in 0664 in H.A.'s name. Records revealed various transactions in the Eastern District of Michigan. In addition, BOA records indicated multiple cash withdrawals from BOA ATM's on the same dates and times as BOA

ATM withdrawals made on E.C.'s BOA UI debit card, referenced above, indicating the same individual had control of both cards.

43.     Probable cause exists that PUGH committed wire fraud and aggravated identity theft in connection with the fraudulent UI claim filed in H.A.'s name, and his fraudulent use of a UI debit card in H.A.'s name (that was sent through the mail). The filing of the claim involved an interstate wire transmission as it was filed via the internet with the California Employment Development Department, an agency located outside of Michigan. A UI debit card for that fraudulent claim was then mailed, via the USPS, to an address in the Eastern District of Michigan, which PUGH used in the Eastern District of Michigan, which in turn involved interstate wire transmissions with BOA servers located in Virginia or Colorado.

<u>Bank of America Account 4903</u>

44.     BOA provided records listing IP address usage related to PUGH's checking account ending in 4903. The records indicate that between June 2, 2020, and August 29, 2021, PUGH's account ending in 4903 registered the use of IP 200 2,542 times. As referenced above, IP 200 was associated with M.T. and C.H.'s Arizona UI claims. Records also indicated that PUGH's account ending in 4903 registered the use of IP 236 460 times between July 12, 2020, and December 14, 2020. IP 236 was associated with C.D., C.H. and M.T.'s California UI claims.

45.     BOA provided agents with ATM footage of withdrawals made from PUGH's account ending in 4903. Based on my review of the ATM surveillance images, I have concluded that the individual in the ATM surveillance images is PUGH, indicating account ending in 4903 is an account under PUGH's control. The image below shows PUGH making an ATM withdrawal on May 26, 2023. An image from PUGH's Michigan driver's license is included for comparison purposes.

 

## **CONCLUSION**

46.     Based on the forgoing, there is probable cause to believe that Patrick PUGH has committed wire fraud in violation of 18 U.S.C. § 1343 and aggravated identity theft in violation of 18 U.S.C. § 1028A in connection with a scheme to defraud the federal/state unemployment insurance programs and obtain

unemployment benefits by means of false and fraudulent pretenses and

representations.

Respectfully submitted,

Miguel A. Colon
Special Agent
U.S. Department of Labor
Office of Inspector General


Sworn to before me and signed in my
presence and/or by reliable electronic means.

Honorable Anthony P. Patti
United States Magistrate Judge


Date: March 21, 2025

17